

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of J.E.N., a juvenile,

No. 11-21-00189-CV

* From the County Court at Law
of Brown County,
Trial Court No. 2520.

* September 29, 2022

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the juvenile court's disposition order, and we remand this cause to the trial court for further proceedings.